```
                                            FILED
                                       07 DEC 19 PM 3: 14
                                       CLERK, U.S. DISTRICT COURT
                                       SOUTHERN DISTRICT OF CALIFORNIA

                                       BY:   CP
                                                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '07 CR 3414 W |
| Plaintiff, | **I N D I C T M E N T** |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Cocaine with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| BLANCA PATRICIA REYNA (1), RAUL VILLALPANDO-VALLE (2), | |
| Defendants. | |

The grand jury charges:

### Count 1

On or about December 4, 2007, within the Southern District of California, defendants BLANCA PATRICIA REYNA and RAUL VILLALPANDO-VALLE did knowingly and intentionally import 5 kilograms and more, to wit: approximately 7.45 kilograms (16.39 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

//
//
//
//

CPH:fer:San Diego
12/18/07

Count 2

On or about December 4, 2007, within the Southern District of California, defendants BLANCA PATRICIA REYNA and RAUL VILLALPANDO-VALLE did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 7.45 kilograms (16.39 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: December 19, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CAROLINE P. HAN
Assistant U.S. Attorney

2