FILED

08 JAN 30 PM 4:40

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| UNITED STATES OF AMERICA, | ) Criminal Case No. **07CR3414-W** |
|---|---|
| Plaintiff, | ) **I N D I C T M E N T** |
| | )    **(Superseding)** |
| v. | ) |
| BLANCA PATRICIA REYNA (1), | ) Title 21, U.S.C., Secs. 952 and 960 - Importation of |
| RAUL VILLALPANDO-VALLE (2), | ) Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of |
| Defendants. | ) Methamphetamine with Intent to Distribute; Title 18, U.S.C., |
| | ) Sec. 2 - Aiding and Abetting |

The grand jury charges:

Count 1

On or about December 4, 2007, within the Southern District of California, defendants BLANCA PATRICIA REYNA and RAUL VILLALPANDO-VALLE did knowingly and intentionally import 50 grams and more, to wit: approximately 5.80 kilograms (12.76 pounds) of methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

//

//

AGS:fer:San Diego
1/29/08

## Count 2

On or about December 4, 2007, within the Southern District of California, defendants BLANCA PATRICIA REYNA and RAUL VILLALPANDO-VALLE did knowingly and intentionally possess, with intent to distribute, 50 grams and more, to wit: approximately 5.80 kilograms (12.76 pounds) of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: January 30, 2008.

A TRUE BILL.

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
ANDREW G. SCHOPLER
Assistant U.S. Attorney